**THE WEITZ LAW FIRM, P.A.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2020

April 17, 2020

<u>VIA CM/ECF</u>
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, New York 10007

        Re:    Girotto v. Loveshackfancy, LLC, et al.
               Case 1:20-cv-02155-AT

Dear Judge Torres:

       The undersigned represents the Plaintiff in the above-captioned case matter.

       Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the businesses in this matter, it is very difficult for the parties to proceed in this or any other matter at this time.

       Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter, which would also coincide with the recent New York "PAUSE" extension. At this time there is no appearance of any counsel with which to confer regarding this request.

       The Court may wish to note that this is undersigned counsel's first request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

                                             Sincerely,

                                      By: /S/ B. Bradley Weitz
                                           B. Bradley Weitz, Esq. (BW 9365)
                                           THE WEITZ LAW FIRM, P.A.
                                           18305 Biscayne Blvd., Suite 214
                                           Aventura, Florida 33160
                                           Tel.: (305) 949-7777
                                           Fax: (305) 704-3877
                                           Email: bbw@weitzfirm.com

GRANTED. The initial pretrial conference scheduled for May 11, 2020, is ADJOURNED to **June 16, 2020, at 10:20 a.m.** By **June 9, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 6, 2020
       New York, New York

                                           ANALISA TORRES
                                       United States District Judge