USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2020

# THE WEITZ LAW FIRM, P.A.

November 10, 2017

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York 500
Pearl Street - Courtroom 15D New
York, New York 10007

         **Re:**     **Girotto v. Loveshackfancy, LLC, et al.**
                   **Case 1:20-cv-02155-AT**

Dear Judge Torres:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for June 16, 2020 at 10:20 a.m, in Your Honor's Courtroom. To date, none of the Defendants have yet formally appeared and/or answered in this matter. The tenant/defendant was properly served [D.E. 9] and has not yet answered. Whereas, with landlord/defendant Howard Aaron, service was attempted, yet, process server was not able to serve defendant and the inhabitants of the building address were not able to identify him. We are currently looking into a better address, which has not yet been found.

    As such, in order to afford additional time for service and for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests an adjournment of the Conference for 30 days, or any other date most convenient to this Honorable Court. Further, undersigned counsel, is making additional effort, including sending a follow-up Federal Express correspondence to said Defendant, in order to encourage them to promptly appear in this matter

    Thank you for your consideration of this first adjournment request.

                                  Sincerely,

                              By: /S/ B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  Attorney for Plaintiff
                                  Bank of America Building
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Telephone: (305) 949-7777
                                  Facsimile: (305) 704-3877
                                  Email: bbw@weitzfirm.com

---

**GRANTED.** The initial pretrial conference scheduled for June 16, 2020 is ADJOURNED to **July 21, 2020, at 10:40 a.m.** By **July 14, 2020,** the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 8, 2020
       New York, New York

                             ANALISA TORRES
                       United States District Judge